UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION
FUND, WISCONSIN CARPENTERS
HEALTH FUND, NORTHERN WISCONSIN
REGIONAL COUNCIL OF CARPENTERS              ENTRY OF DEFAULT
VACATION FUND, NORTHERN
WISCONSIN CARPENTERS                        08-cv-232-bbc
APPRENTICESHIP & JOURNEYMAN
TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN
GENTRY,

      Plaintiffs,

            v.

CAPITAL GROUND CONSTRUCTION, LLC
and COREY LA SARGE,

      Defendants.

---

      Plaintiffs request that the clerk of court enter default against defendants Capital Ground Construction, LLC and Corey La Sarge pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead, or otherwise defend, the default of defendants Capital Ground Construction, LLC and Corey La Sarge is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

      Dated this 16th day of June, 2008.

                                          /s/
                                          Theresa M. Owens
                                          Clerk of Court