UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

    Plaintiffs,

              Case No.  08-CV-232

vs.

CAPITAL GROUND CONSTRUCTION, LLC and
COREY LA SARGE,

    Defendants.

---

### AMENDED ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

  1. Defendants Capital Ground Construction, LLC and Corey La Sarge have failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

  2. Defendants Capital Ground Construction, LLC and Corey La Sarge violated

the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit fund contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, working dues, liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $4,386.23.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship and Journeyman Training Fund, Labor Management Cooperation Trust Fund, North Central States Regional Council of Carpenters and Contract Administration Fund and against Defendants Capital Ground Construction, LLC and Corey La Sarge in the amount of $4,386.23 together with interest at the rate allowed by law.

Dated this *11th* day of *August*, 2008.

BY THE COURT

*Barbara B. Crabb*
U. S. District Court Judge