UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

                                                Case No. 08-CV-232

vs.

CAPITAL GROUND CONSTRUCTION, LLC and
COREY LA SARGE,

        Defendants.

**AMENDED ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship and Journeyman Training Fund, Labor Management Cooperation Trust Fund, North Central States Regional Council of Carpenters and Contract Administration Fund recover from the Defendants Capital Ground Construction, LLC and Corey La Sarge the sum of $4,386.23 with interest

-1-

thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this  12TH  day of  AUGUST , 2008.

_JOEL W. TURNER, ACTING_
Clerk of Court

_L. Jensen_
Deputy Clerk

Approved as to form this 11th day of August, 2008.

_Barbara B Crabb_
U. S. District Court Judge